# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

AUSTIN DEAN SCHILLING

VERSUS

TURNER INDUSTRIES GROUP,
L.L.C., BARNHART CRANE &
RIGGING CO., AND ANGUS
CHEMICAL COMPANY

NO.   2020 CW 0395

**JULY 20, 2020**

---

In Re:   Barnhart Crane & Rigging Co., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669043.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the petition(s) for damages or the pertinent court minutes. Therefore, the writ application fails to comply the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8) and (10), respectively.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event Relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before August 18, 2020 and must contain a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT